IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00780-REB-KLM

MARJORIE MISHKIN, and
DAVID MISHKIN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ZYNEX, INC., f/k/a ZYNEX MEDICAL HOLDINGS, INC.,
THOMAS SANDGAARD, and
FRITZ G. ALLISON,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion to Vacate Scheduling Conference, Related Deadlines, and Extend Time to Respond to Complaint** [Docket No. 15; Filed May 19, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for July 13, 2009 at 10:00 a.m. is **vacated** and **reset** to **August 13, 2009 at 10:00 a.m.**

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the complaint on or before **July 13, 2009**.

Dated:  May 20, 2009