IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00780-REB-KLM

MARJORIE MISHKIN, and
DAVID MISHKIN, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

ZYNEX, INC., f/k/a ZYNEX MEDICAL HOLDINGS, INC.,
THOMAS SANDGAARD, and
FRITZ G. ALLISON,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on a **Joint Motion to Vacate Scheduling Conference and Related Deadlines** [Docket No. 40; Filed July 17, 2009] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for August 13, 2009 at 10:00 a.m. is **vacated**.

      IT IS FURTHER **ORDERED** that the Defendants are granted an extension of time to 45 days after the filing and service of a consolidated complaint to answer or otherwise plead.

Dated:  July 20, 2009