**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00780-REB-KLM

MARJORIE MISHKIN, and
DAVID MISHKIN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

ZYNEX INC., f/k/a ZYNEX MEDICAL HOLDINGS, INC.,
THOMAS SANDGAARD, and
FRITZ G. ALLISON,

    Defendants.

**MINUTE ORDER**[1]

    The matter comes before the court on **Defendants' Unopposed Motion For Leave To File Oversized Reply** [#74] filed June 30, 2010. The motion is **GRANTED**, and the **Reply in Support of Defendants' Motion To Dismiss** [#75] is accepted for filing.

    Dated: July 6, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.