IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00780-REB-KLM
(Consolidated with Civil Action Nos. 09-cv-00816-REB-KLM and 09-cv–00829-REB-KLM)

MARJORIE MISHKIN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ZYNEX, INC., f/k/a ZYNEX MEDICAL HOLDINGS, INC.,
THOMAS SANDGAARD, and
FRITZ G. ALLISON,

    Defendants.
_____

## MINUTE ORDER
_____
### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on the **Unopposed Motion to Withdraw** [Docket No. 87; Filed September 6, 2011] (the "Motion") filed by Attorney Holly Stein Sollod, counsel for Defendant.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Attorney Sollod is relieved of any further representation of Defendant in this case. The Clerk of the Court is instructed to terminate Attorney Sollod as counsel of record, and to remove her name from the electronic certificate of mailing.

    Dated: September 6, 2011