# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 09-cv-00780-REB-KLM
(Consolidated with Civil Action Nos. 09-cv-00816-REB-KLM and 09-cv-00829-REB-KLM)

MARJORIE MISHKIN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,
v.

ZYNEX, INC., f/k/a ZYNEX MEDICAL HOLDINGS, INC.,
THOMAS SANDGAARD and
FRITZ G. ALLISON,

Defendants.

## ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT

**Blackburn, J.**

THIS MATTER having come before the Court on **Lead Plaintiffs' Amended Motion for Order for Final Approval of the Settlement, Plan of Allocation and Class Certification, and Lead Counsel's Request for an Award of Attorneys' Fees and Reimbursement of Expenses, and Approval of Service Award for Lead Plaintiff** [#103][1]; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows.

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement [#93] dated as of November 8,

---

[1] "[#103]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2011 (the "Stipulation").

    2.  Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to such Persons and entities who are Class Members to be heard with respect to the Plan of Allocation. No Person objected to the Plan of Allocation.

    3.  The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Notice of Pendency and Proposed Settlement of Class Action [#93-2] sent to Class Members, provides a fair and reasonable basis on which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

    4.  The Court hereby finds and concludes that the Plan of Allocation is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

    5.  To the extent the lead plaintiffs request final approval of the Plan of Allocation in the **Lead Plaintiffs' Revised Motion for Final Approval of the Settlement, Plan of Allocation, and Class Certification, and Lead Counsel's Request for an Award of Attorneys' Fees and Reimbursement of Expenses, and Approval of Service Award for Lead Plaintiff** [#103] filed July 26, 2012, that motion is **GRANTED** on the terms stated in this order.

IT IS SO ORDERED.

Dated September 14, 2012, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge