**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00780-REB-KLM
(Consolidated with Civil Action Nos. 09-cv-00816-REB-KLM and 09-cv-00829-REB-KLM)

MARJORIE MISHKIN, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

ZYNEX, INC., f/k/a ZYNEX MEDICAL HOLDINGS, INC.,
THOMAS SANDGAARD and
FRITZ G. ALLISON,

    Defendants.

## FINAL JUDGMENT

Under FED. R. CIV. P. 58(a), **Final Judgment** is entered consistent with the terms specified in the **Final Judgment and Order of Dismissal with Prejudice** [#110], filed September 14, 2012.

DATED at Denver, Colorado, this 20th day of September, 2012.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, Clerk

                                    By: s/ Edward P. Butler
                                         Edward P. Butler
                                         Deputy Clerk